**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | **Civil Action No.**_____ |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CATHOLIC RELIEF SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | **Date: June 8, 2020** |

## ORDER

Before the Court is Plaintiff's Motion to Proceed Pseudonymously, filed on June 8, 2020.

Having fully considered Plaintiff's Motion, and any responses and replies thereto, the Court shall

**GRANT** Plaintiff's Motion and allow Plaintiff to file his civil complaint under the pseudonym,

"John Doe."

**IT IS SO ORDERED.**

_____
U.S. District Judge

_____
Date