

# CATHOLIC RELIEF SERVICES

**U.S. DOMESTIC STAFF REGULAR, FULL TIME**

## summary of employee benefits

## additional benefits

- **COMMUTER**
  100% funded by employee on a pretax basis.

- **TUITION ASSISTANCE**
  Eligible after 6 months of employment, employees may receive up to $2,200 per semester.

- **CRS FITNESS FACILITY**
  Eligible upon date of hire; employee may use the onsite facility for $20 per month.

- **STATE EMPLOYEES CREDIT UNION (SECU)**
  Free membership to employees and members of their immediate family.

- **MATERNITY/PATERNITY LEAVE**
  Eligible after 6 months of employment.

- **MEDICAL EVACUATION**
  Eligible upon date of hire; 100% funded by CRS. Medical emergency evacuation service for employees when traveling overseas for CRS.

**faith. action. results.**



faith. action. results.

Catholic Relief Services is the official international humanitarian agency of the Catholic community in the United States. We ease suffering and provide assistance to people in need in more than 100 countries, without regard to race, religion or nationality.

228 W. Lexington Street
Baltimore, MD  21201-3443
HR-Benefits  I  410-951-7460  I  benefits@crs.org

©2016 Catholic Relief Services. All Rights Reserved. 17SS033





**ELIGIBILITY**

In general, employees who are hired by Catholic Relief Services (CRS) for a minimum of 35 hours per week are eligible for the benefits below.
- Employees working fewer than 35 hours may be eligible for pro-rated benefits
- Employees may enroll eligible dependents through proof of relationship. Following the Catholic Church's definition of marriage, we cannot offer benefits to unmarried domestic partners, nor to same-sex spouses

## mandated benefits

- MEDICARE
- SOCIAL SECURITY
- STATE UNEMPLOYMENT INSURANCE
- WORKERS' COMPENSATION
- MEDICAL CONTINUATION
- HIPAA

## leave

- ANNUAL LEAVE  15 paid business days per year
- SICK LEAVE  12 paid business days per year
- HOLIDAYS  12 paid holidays per year
- PERSONAL BUSINESS  6 days per year

## retirement plans

- DEFINED CONTRIBUTION 403(B) PLAN

  Employees are eligible to participate in the 403(b) plan upon date of hire. The employee must have a valid U.S.-issued Social Security number to participate in the 403(b) plan. Employees are automatically enrolled in the plan at 3% of employee's annual base salary. Employee contributions to the plan may be made on a pretax and/or after-tax basis, subject to IRS annual limits. Employees are eligible for the CRS match after 6 months of employment. The match is 50%, up to 6% of employee's annual base salary. The plan follows an immediate vesting schedule.

  CRS will make the following discretionary contributions to the 403(b) plan whether you participate or not:
  - All employees: 7% of employee's annual base salary
  - Employees earning less than $45,000: 3% of employee's annual base salary

## health & welfare plans

- GROUP HEALTH INSURANCE

  Eligible upon date of hire. Coverage is provided through a PPO network and includes medical, vision and prescription coverage. The plan covers doctor visits, preventive care, hospitalization, surgery and emergency care, subject to limitations in the Summary Plan description. Employees pay a percentage of premium based on coverage selected.

- DENTAL

  Eligible upon date of hire, coverage is provided through a PPO network. The plan covers diagnostic and preventive care at 100%, with no deductible. Employees pay a premium based on coverage selected.

- FLEXIBLE SPENDING ACCOUNT (FSA)

  Eligible upon date of hire; allows employees to contribute money to an FSA via pre-tax payroll deductions for unreimbursed health care expenses. Also allows qualified dependent care expenses for child and elderly care that are not reimbursable from any other source. Health care calendar year limit is $2,500; dependent care calendar year limit is $5,000.

- SHORT-TERM DISABILITY

  Eligible after 6 months of employment; 100% funded by CRS. Sixty percent of basic monthly pay, up to a maximum monthly benefit of $10,000, after a 7-day waiting period.

- LONG-TERM DISABILITY

  Eligible after 6 months of employment; 100% funded by CRS. Sixty percent of basic monthly pay, up to a maximum monthly benefit of $10,000, begins after the 13th week of disability for those up to age 65.

- BASIC LIFE INSURANCE

  Eligible upon date of hire; 100% funded by CRS for employee only. Benefit pays two times the employee's annual base salary up to a maximum of $500,000.

- ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

  Eligible upon date of hire; 100% funded by CRS for employee only. The benefit includes a lump sum death benefit equal to two times the employee's annual base pay up to a maximum of $500,000. A benefit may be payable if employee is seriously injured in an accident.

- SUPPLEMENTAL LIFE INSURANCE

  Eligible upon date of hire; 100% funded by employee for themselves, spouse and/or children. Options up to a maximum of $500,000 for employee, up to $100,000 for spouse and up to $25,000 for children. Evidence of insurability may be required.

- BUSINESS TRAVEL ACCIDENT

  Eligible upon date of hire; 100% funded by CRS for employees traveling on official CRS business. Beneficiary paid $100,000 upon employee death.

- EMPLOYEE ASSISTANCE PLAN

  Eligible upon date of hire; 100% funded by CRS for employees and household members. Provides confidential support services to assist in resolving personal and professional concerns or problems.

**DISCLAIMER:** In this brochure, we have provided a brief summary of some of our employee benefits. CRS reserves the right to modify, amend, suspend or terminate any plan, in whole or part, at any time and for any reason. If there are any discrepancies between this brochure and the Plan document, the Plan document prevails. As a Catholic agency, CRS designs and conducts its benefit programs consistent with Catholic values and teaching. This extends to the nature of the services provided and determining eligibility for dependent coverage, as well as the definition of marriage and spousal relationships. (cf. Catechism of the Catholic Church, 1601ff.)