IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE | * | |
| | * | |
| v. | * | Civil No. CCB-20-1815 |
| | * | |
| CATHOLIC RELIEF SERVICES | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The plaintiff's motion to proceed pseudonymously (ECF 4) is GRANTED;

2. The plaintiff's motion for leave to file the complaint under seal (ECF 5) is GRANTED; and

3. The Clerk shall SEND copies of this Order and the accompanying Memorandum to counsel of record.

| | |
|---|---|
|    8/10/20    |    /S/    |
| Date | Catherine C. Blake |
| | United States District Judge |