IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: CCB-20-1815 |
| ) | |
| CATHOLIC RELIEF SERVICES, ) | |
| ) | |
|     Defendant. ) | |

**PLAINTIFF JOHN DOE'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Plaintiff John Doe, by undersigned counsel, pursuant to Federal Rule of Civil Procedure 56, hereby moves for partial summary judgment concerning: (1) Defendant Catholic Relief Services' ("CRS") liability for discrimination on the basis of sex and sexual orientation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, and the Federal Equal Pay Act, 29 U.S.C. § 206(d)(1); (2) CRS's liability for discrimination on the basis of sex and sexual orientation under the Maryland Fair Employment Practices Act, Md. Code Ann., State Gov't § 20-601 *et seq.*, and the Maryland Equal Pay for Equal Work Act, Md. Code Ann., Lab. & Empl. § 3-301 *et seq.* for discrimination on the basis of sex and sexual orientation; and (3) CRS's affirmative defense under the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb *et seq.*

As grounds for this motion, Plaintiff submits the accompanying memorandum in support thereof and exhibits.

WHEREFORE, Plaintiff requests that the Court grant his Motion for Partial Summary Judgment.

**<u>Request for Hearing</u>**

Pursuant to Rule 2-311, Plaintiff requests a hearing on this motion.

2

DATED:  January 31, 2022					Respectfully submitted,


							/s/ Eve L. Hill
							Eve L. Hill, Esq. (Bar No. 19938)
							Anthony J. May, Esq. (Bar No. 20301)
							Lauren DiMartino (Bar No. 22046)
							Brown, Goldstein & Levy, LLP
							120 E. Baltimore Street, Suite 2500
							Baltimore, Maryland 21202
							Tel: (410) 962-1030
							Fax: (410) 385-0869
							ehill@browngold.com
							amay@browngold.com
							ldimartino@browngold.com

							Shannon C. Leary, Esq. (Bar No. 18396)
							James A. Hill, Esq. (Bar No. 21718)
							Gilbert Employment Law, P.C.
							1100 Wayne Ave, Suite 900
							Silver Spring, Maryland 20910
							Tel: (301) 608-0880
							Fax: (301) 608-0881
							Sleary-efile@gelawyer.com
							Jhill@gelawyer.com

							*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that on January 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record.

                                                /s/
                                  Eve L. Hill, Esq. (Bar. No. 19938)