## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JOHN DOE

     v.

CATHOLIC RELIEF SERVICES

Civil Action No. CCB-20-1815

## ORDER

For the reasons stated in the accompanying memorandum, it is hereby **Ordered** that John Doe's motion for partial summary judgment (ECF 41) and Catholic Relief Services' cross-motion for summary judgment and to exclude expert testimony (ECF 45-1) are granted in part and denied in part as follows:

1. Plaintiff John Doe's motion for partial summary judgment is **Granted** (and Defendant Catholic Relief Services' motion is **Denied**) as to counts III, VIII, and IX;

2. CRS's motion for summary judgment on Count X and as to damages is **Denied**, except as to the claim for punitive damages, for which CRS's motion for summary judgment is **Granted**;

3. CRS's motion to exclude the expert opinion testimony of Dr. Todd Salzman is **Denied** without prejudice;

4. Doe's and CRS's motions for summary judgment on Counts I and II are **Denied** without prejudice pending certification to the Maryland Court of Appeals;

5. Counsel will be contacted to schedule a conference call with chambers to discuss further proceedings in this case; and

6. The Clerk shall **Send** a copy of this Order and the accompanying Memorandum to counsel of record.

8/3/22
Date

Catherine C. Blake
United States District Judge