IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE, | * | |
|     Plaintiff | * | |
| v. | * | No. CCB-20-1815 |
| CATHOLIC RELIEF SERVICES, | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## [PROPOSED] ORDER

Upon consideration of the Motion for Partial Reconsideration of Summary Judgment Ruling filed by Defendant Catholic Relief Services—United States Conference of Catholic Bishops, and any response and reply thereto; in view of the entire record; and for good cause shown, it is ORDERED:

1. Catholic Relief Services' Motion for Partial Reconsideration of Summary Judgment Ruling is GRANTED;

2. Those portions of the Court's August 3, 2022 Order [ECF No. 62] granting summary judgment to Plaintiff as to Count III and denying summary judgment to Catholic Relief Services on Count X are VACATED;

3. Paragraph 1 of the Court's August 3, 2022 Order [ECF No. 62] is MODIFIED to read as follows: "Plaintiff John Doe's motion for partial summary judgment is **Granted** (and Defendant Catholic Relief Services' motion is **Denied**) as to counts VIII and IX;";

4. Paragraph 2 of the Court's August 3, 2022 Order [ECF No. 62] is MODIFIED to read as follows: "CRS's motion for summary judgment is **Granted** as to Count X.  CRS's

2

motion for summary judgment as to damages is **Denied**, except as to the claim for punitive damages, for which CRS's motion for summary judgment is **Granted**;"; and

     5.     Paragraph 4 of the Court's August 3, 2022 Order [ECF No. 62] is MODIFIED to read as follows: "Doe's and CRS's motions for summary judgment on Counts I, II, and III are **Denied** without prejudice pending certification to the Maryland Court of Appeals;".

Date: _____                                                _____
                                                                                              Hon. Catherine C. Blake
                                                                                              United States District Judge