**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JOHN DOE,

     v.

CATHOLIC RELIEF SERVICES.

Civil No. CCB-20-1815

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1.  the Motion for Partial Reconsideration of Summary Judgment Ruling, ECF 63, is **GRANTED**;

2.  those portions of the Court's August 3, 2022, Order, ECF 62, granting summary judgment to Plaintiff as to Count III and denying summary judgment to Catholic Relief Services on Count X are **VACATED**;

3.  paragraph 1 of the Court's August 3, 2022, Order, ECF 62, is **MODIFIED** to read: "Plaintiff John Doe's motion for partial summary judgment is **Granted** (and Defendant Catholic Relief Services' motion is **Denied**) as to counts VIII and IX;";

4.  paragraph 2 of the Court's August 3, 2022, Order, ECF 62, is **MODIFIED** to read: "CRS's motion for summary judgment is **Granted** as to Count X. CRS's motion for summary judgment as to damages for all other surviving counts is **Denied**, except as to the claim for punitive damages, for which CRS's motion for summary judgment is **Granted**;";

5.  paragraph 4 of the Court's August 3, 2022, Order, ECF 62, is **MODIFIED** to read: "Doe's and CRS's motions for summary judgment on Counts I, II, and

1

III are **Denied** without prejudice pending certification to the Maryland Court of Appeals (now the Supreme Court of Maryland);"; and

6. the parties shall confer and file two joint proposed questions of law to the Supreme Court of Maryland within 21 days addressing (1) whether the Maryland Fair Employment Practices Act permits religious employers identified in Md. Code Ann., State Gov't § 20-604 to discriminate on the basis of sexual orientation and (2) whether the Maryland Equal Pay for Equal Work Act prohibits discrimination on the basis of sexual orientation.

|  |  |
|---|---|
| ___1/11/2023___ | _____/s/_____ |
| Date | Catherine C. Blake |
|  | United States District Judge |

2