# Supreme Court of Maryland

Misc. No. <u>28</u>, September Term, <u>2022</u>

<u>                                    JOHN DOE                                    </u>

v.

<u>                          CATHOLIC RELIEF SERVICES                          </u>

DISPOSITION OF APPEAL IN SUPREME COURT:

> August 14, 2023: Certified Question of Law answered as set forth in the opinion.
> Costs to be divided equally between the parties.
> Opinion by Biran, J.
> Dissenting Opinion by Watts, J., to which Eaves, J., joins.
> Dissenting Opinion by Hotten, J., to which Eaves, J., joins.

TRANSCRIPT

RETURNED TO: <u>U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND</u>

BY <u>      FIRST CLASS MAIL                              </u>   Date <u>9-13-2023</u>

<u>                        Gregory Hilton                        </u>

REMARKS:

> 1 volume record
>
> Case No. CCB-20-1815 (1:20-cv-01815-CCB)

---

**IMPORTANT: PLEASE DETACH, SIGN AND RETURN TO**
**GREGORY HILTON,** *Clerk*
SUPREME COURT OF MARYLAND
Annapolis, Maryland 21401

Transcript Misc. No. <u>28</u>, September Term, <u>2022</u>

<u>            John Doe            </u>  v.  <u>       Catholic Relief Services       </u>

Received:<u>                        </u>    Date:<u>                        </u>, 20<u>      </u>