**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.: 1:20-cv-01815-CCB** |
| ) | |
| **CATHOLIC RELIEF SERVICES,** ) | |
| ) | |
| **Defendant.** ) | |

**<u>JOINT STATUS REPORT</u>**

Plaintiff John Doe and Defendant Catholic Relief Services—United States Conference of Catholic Bishops, by undersigned counsel and pursuant to the Court's Paperless Order of September 7, 2023, ECF No. 79, provide this Joint Status Report and state as follows:

1.      On August 14, 2023, the Supreme Court of Maryland issued an Opinion concerning the three questions of law certified to it from this Court regarding Counts I and II of Plaintiff's Complaint arising under the Maryland Fair Employment Practices Act, Md. Code Ann., State Gov't § 20-601 *et seq.*, and Count III of his Complaint arising under the Maryland Equal Pay for Equal Work Act, Md. Code Ann., Lab. & Empl. § 3-301 *et seq.* ECF No. 1.

2.      This Court issued a Paperless Order on September 7, 2023, directing the Parties to file a Joint Status Report on or before September 28, 2023, ECF No. 79, and the Supreme Court of Maryland issued its Mandate on September 13, 2023, ECF No. 80.

3.      The Parties have met and conferred regarding the status of the case, including the need for: A) limited supplemental discovery corresponding to issues arising from the Supreme Court of Maryland's decision on the certified questions; B) supplemental briefing on the Parties'

cross-motions for summary judgment; and C) a trial on the merits as to any issues that are not resolved by the Court's summary judgment rulings.

4.      Accordingly, the Parties respectfully request that this Court enter an Amended Scheduling Order as follows:

| Event | Date |
|---|---|
| Commencement of Supplemental Discovery Period | October 1, 2023 |
| Supplemental Expert Disclosure Deadline | November 30, 2023 |
| Supplemental Rebuttal Expert Disclosure Deadline | January 19, 2024 |
| Close of Supplemental Discovery Period | February 2, 2024[1] |
| Plaintiff's Supplemental Opening Brief Deadline | April 2, 2024 |
| Defendant's Supplemental Response Brief Deadline | May 2, 2024 |
| Plaintiff's Supplemental Reply Brief Deadline | May 16, 2024 |
| Defendant's Supplemental Reply Brief Deadline | May 30, 2024 |
| Status Conference for purposes of scheduling trial dates | June 3, 2024 |

5.      The Parties are available for a status conference if the Court wishes to discuss the Parties' positions, the above proposed schedule, or any other matters relevant to the Court's consideration.

---

[1] The Parties reserve the right to request additional time for discovery should the need arise.

DATED:        September 28, 2023

Respectfully submitted,


*/s/ Eve L. Hill*
Eve L. Hill, Esq. (Bar No. 19938)
Anthony J. May, Esq. (Bar No. 20301)
Lauren DiMartino, Esq. (Bar No. 22046)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
amay@browngold.com
ldimartino@browngold.com


Shannon C. Leary, Esq. (Bar No. 18396)
James A. Hill, Esq. (Bar No. 21718)
GILBERT EMPLOYMENT LAW, P.C.
1100 Wayne Ave, Suite 900
Silver Spring, Maryland 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Sleary-efile@gelawyer.com
Jhill@gelawyer.com


*Counsel for Plaintiff*

*/s/ Joseph C. Dugan*
David W. Kinkopf (Bar No. 23366)
Joseph C. Dugan (Bar No. 19637)
Collin J. Wojciechowski (Bar No. 21112)
Emily A. Levy (Bar No. 21403)
GALLAGHER EVELIUS & JONES LLP
218 N. Charles Street, Ste. 400
Baltimore, Maryland 21201
Tel: (410) 951-1421
Fax: (410) 468-2786
dkinkopf@gejlaw.com
jdugan@gejlaw.com
cwojciechowski@gejlaw.com
elevy@gejlaw.com


*Counsel for Defendant*