IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 1:20-cv-01815-CCB |
| | ) |
| CATHOLIC RELIEF SERVICES, | ) |
| | ) |
| Defendant. | ) |

**Stipulation of Dismissal with Prejudice**

Plaintiff John Doe and Defendant Catholic Relief Services—United States Conference of Catholic Bishops, by undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of Count III of Plaintiff's Complaint under the Maryland Equal Pay for Equal Work Act. All other counts that have not been previously dismissed by the Court against Defendant remain unchanged.

DATED:        February 1, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Eve L. Hill | /s/ Joseph C. Dugan |
| Eve L. Hill, Esq. (Bar No. 19938) | David W. Kinkopf (Bar No. 23366) |
| Anthony J. May, Esq. (Bar No. 20301) | Joseph C. Dugan (Bar No. 19637) |
| Lauren DiMartino, Esq. (Bar No. 22046) | Collin J. Wojciechowski (Bar No. 21112) |
| BROWN, GOLDSTEIN & LEVY, LLP | Emily A. Levy (Bar No. 21403) |
| 120 E. Baltimore Street, Suite 2500 | GALLAGHER EVELIUS & JONES LLP |
| Baltimore, Maryland 21202 | 218 N. Charles Street, Ste. 400 |
| Tel: (410) 962-1030 | Baltimore, Maryland 21201 |
| Fax: (410) 385-0869 | Tel: (410) 951-1421 |
| ehill@browngold.com | Fax: (410) 468-2786 |
| amay@browngold.com | dkinkopf@gejlaw.com |
| ldimartino@browngold.com | jdugan@gejlaw.com |
| | cwojciechowski@gejlaw.com |
| Shannon C. Leary, Esq. (Bar No. 18396) | elevy@gejlaw.com |
| James A. Hill, Esq. (Bar No. 21718) | |
| GILBERT EMPLOYMENT LAW, P.C. | *Counsel for Defendant* |
| 1100 Wayne Ave, Suite 900 | |
| Silver Spring, Maryland 20910 | |
| Tel: (301) 608-0880 | |
| Fax: (301) 608-0881 | |
| Sleary-efile@gelawyer.com | |
| Jhill@gelawyer.com | |

*Counsel for Plaintiff*