IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CATHOLIC RELIEF SERVICES, )<br>)<br>Defendant. ) | Civil Action No.: CCB-20-1815 |

## (~~PROPOSED~~) ORDER

Upon consideration of the parties' February 2, 2024, Joint Status Report, it is hereby:

ORDERED that this matter be stayed for a period of 60-days for purposes of facilitating settlement negotiations; and it is further

ORDERED that the parties shall submit a status report on or before April 2, 2024.

Counsel of Record:

Eve L. Hill, Esq. (Bar No. 19938)
Anthony J. May, Esq. (Bar No. 20301)
Lauren DiMartino, Esq. (Bar No. 22046)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
amay@browngold.com
ldimartino@browngold.com

Shannon C. Leary, Esq. (Bar No. 18396)
James A. Hill, Esq. (Bar No. 21718)
GILBERT EMPLOYMENT LAW, P.C.
1100 Wayne Ave, Suite 900
Silver Spring, Maryland 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Sleary-efile@gelawyer.com

Jhill@gelawyer.com

*Counsel for Plaintiff*

David W. Kinkopf (Bar No. 23366)
Joseph C. Dugan (Bar No. 19637)
Collin J. Wojciechowski (Bar No. 21112)
Emily A. Levy (Bar No. 21403)
GALLAGHER EVELIUS & JONES LLP
218 N. Charles Street, Ste. 400
Baltimore, Maryland 21201
Tel: (410) 951-1421
Fax: (410) 468-2786
dkinkopf@gejlaw.com
jdugan@gejlaw.com
cwojciechowski@gejlaw.com

*Counsel for Defendant*

**SO ORDERED** this ___2nd___ day of ___February___, 2024.

/S/ CATHERINE C. BLAKE
———————————————
Hon. Catherine C. Blake
United States District Judge