IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

JOHN DOE,                                )
                                         )
     Plaintiff,              )
                                         )
v.                                       )          Civil Action No.: 1:20-cv-01815-CCB
                                         )
CATHOLIC RELIEF SERVICES,                )
                                         )
     Defendant.              )

## JOINT STATUS REPORT

Plaintiff John Doe and Defendant Catholic Relief Services—United States Conference of Catholic Bishops ("CRS"), by undersigned counsel and pursuant to the Court's Order of February 2, 2024, ECF No. 88, provide this Joint Status Report and state as follows:

1.     The parties have met and conferred regarding settlement discussions intended to narrow the issues in this case and/or facilitate a final, appealable judgment on all pending matters.

2.     The parties have been unable to reach a compromise on a settlement that would avoid or delay the litigation of Plaintiff's Count I and the amount of damages to which Plaintiff may be entitled.

3.     The parties therefore request a bench trial on: (1) Defendant's liability under Count I, and specifically the application of the religious employer exemption under Md. Code Ann., State Gov't § 20-604(2); and (2) damages.

4.     In preparation for the bench trial, the parties have consented to Plaintiff taking the deposition of two witnesses that Defendant disclosed concerning Plaintiff's role at CRS relevant to the religious employer exemption outlined in Count I.

5.      The parties request a status conference with the Court to schedule pre-trial

deadlines, a trial date, and any other matters relevant to the Court's consideration.


DATED:       April 2, 2024


Respectfully submitted,


/s/ Eve L. Hill                                             /s/ Joseph C. Dugan
Eve L. Hill, Esq. (Bar No. 19938)           David W. Kinkopf (Bar No. 23366)
Anthony J. May, Esq. (Bar No. 20301)     Joseph C. Dugan (Bar No. 19637)
Lauren DiMartino, Esq. (Bar No. 22046)   Collin J. Wojciechowski (Bar No. 21112)
BROWN, GOLDSTEIN & LEVY, LLP      Emily A. Levy (Bar No. 21403)
120 E. Baltimore Street, Suite 2500          GALLAGHER EVELIUS & JONES LLP
Baltimore, Maryland 21202                       218 N. Charles Street, Ste. 400
Tel: (410) 962-1030                                   Baltimore, Maryland 21201
Fax: (410) 385-0869                                  Tel: (410) 951-1421
ehill@browngold.com                               Fax: (410) 468-2786
amay@browngold.com                              dkinkopf@gejlaw.com
ldimartino@browngold.com                       jdugan@gejlaw.com
                                                               cwojciechowski@gejlaw.com
Shannon C. Leary, Esq. (Bar No. 18396)   elevy@gejlaw.com
James A. Hill, Esq. (Bar No. 21718)
GILBERT EMPLOYMENT LAW, P.C.
1100 Wayne Ave, Suite 900                      *Counsel for Defendant*
Silver Spring, Maryland 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Sleary-efile@gelawyer.com
Jhill@gelawyer.com


*Counsel for Plaintiff*