# EXHIBIT A

**_Doe v. Catholic Relief Services_—Stipulation as to Plaintiff's Damages**

This stipulation as to Plaintiff's compensatory damages in *John Doe v. Catholic Relief Services*, No. 1:20-cv-01815-JRR (D. Md.) (this "Stipulation"), is entered as of September 10, 2024, by and between Plaintiff John Doe, one the one hand, and Defendant Catholic Relief Services—United States Conference of Catholic Bishops, on the other hand. Plaintiff and Defendant are referred to herein together as the "Parties."

**Recitals**

WHEREAS, Plaintiff brought a ten-count Complaint in the United States District Court for the District of Maryland in June 2020, alleging employment discrimination claims under federal and state law together with other causes of action; and

WHEREAS, the Court dismissed Plaintiff's claims in Counts IV–VII in an Order dated March 26, 2021 [ECF No. 24]; and

WHEREAS, the Court entered summary judgment in Plaintiff's favor as to liability under Counts VIII and IX, and entered summary judgment in Defendant's favor as to Count X and as to Plaintiff's request for punitive damages, in an Order dated August 3, 2022 [ECF No. 62], as amended on January 11, 2023 [ECF No. 67]; and

WHEREAS, the Parties stipulated to the dismissal with prejudice of Plaintiff's claims in Count III [ECF No. 85] and Count II [ECF No. 89] on February 1, 2024, and March 12, 2024, respectively; and

WHEREAS, a bench trial is now scheduled to resolve the remaining issues in the case, namely, Catholic Relief Services' liability, if any, under Count I, and any compensatory damages, equitable relief, and attorneys' fees to be awarded to Plaintiff under those counts for which Catholic Relief Services has been found liable to Plaintiff; and

WHEREAS, the Parties, wishing to avoid the cost and uncertainty of a trial as to compensatory damages, have reached a stipulation as to the amount of Plaintiff's compensatory damages, subject to Catholic Relief Services' reservation of its right to seek appellate review of all adverse rulings regarding its liability to Plaintiff, to include the Court's summary judgment rulings as to Catholic Relief Services' liability under Counts VIII and IX and any potential ruling in Plaintiff's favor under Count I.

**Agreements**

NOW THEREFORE, in consideration of the foregoing premises, the Parties stipulate as follows:

1. ***Stipulation.*** The Parties agree that Plaintiff is entitled to $60,000 in compensatory damages corresponding to any and all claims for which Catholic Relief Services has been found liable or may be found liable, subject to Catholic Relief Services' reservation of

its right to seek appellate review of all adverse rulings regarding its liability to Plaintiff, to include the Court's summary judgment rulings as to Catholic Relief Services' liability under Counts VIII and IX and any potential ruling in Plaintiff's favor under Count I. *See Sprint Nextel Corp. v. Wireless Buybacks Holdings, LLC*, 938 F.3d 113, 124 (4th Cir. 2019) ("Cases are legion where the parties stipulate to a set amount of damages *if* liability is established. . . . [T]he courts of appeals have never hesitated to review district courts' rulings on liability in such cases."). Catholic Relief Services reserves its right to seek review of the Court's liability determinations in the U.S. Court of Appeals for the Fourth Circuit and, if necessary, in the Supreme Court of the United States via a petition for a writ of certiorari. This stipulation has no effect on Plaintiff's potential right to petition for attorneys' fees and costs as a prevailing party in the litigation.

2. ***Binding Effect.*** The Parties intend this Stipulation to have binding effect insofar as the Parties will not dispute on appeal or in any future remand proceedings Plaintiff's entitlement to compensatory damages of $60,000, provided that Plaintiff prevails in a final, non-appealable order as to Catholic Relief Services' liability under one or more counts.

3. ***Entry of Final Judgment.*** Following the bench trial in this matter, the Parties will request that the Court adopt their stipulation as to Plaintiff's compensatory damages of $60,000 as part of the Court's final judgment, subject, again, to Catholic Relief Services' reservation of its right to challenge all adverse rulings regarding its liability to Plaintiff.

4. ***Counterparts.*** This Stipulation may be executed in counterparts by counsel on behalf of their respective clients. By signing below, counsel represent that they have authority to bind their clients to the terms of this Stipulation.

IN WITNESS WHEREOF, the Parties enter this Stipulation as of the date first above written.

For Plaintiff John Doe

[signature]
Anthony May

Date: 09/10/2024

For Defendant Catholic Relief Services—
United States Conference of Catholic Bishops

[signature]
Joe Dugan

Date: 9/10/2024



896400