```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
 2                     NORTHERN DIVISION

 3   JOHN DOE,                    )
                                  )
 4        Plaintiff,              )
                                  )Civil No.
 5        vs.                     )JRR-20-1815
                                  )
 6   CATHOLIC RELIEF SERVICES,    )Baltimore, Maryland
                                  )October 15, 2024
 7        Defendant.              )9:10 a.m.
     _____)

 8

 9

10            THE ABOVE-ENTITLED MATTER CAME ON FOR
                          BENCH TRIAL
11            BEFORE THE HONORABLE JULIE R. RUBIN

12

13                  A P P E A R A N C E S

14   On Behalf of the Plaintiff:
          ANTHONY J. MAY, ESQUIRE
15        JAMES A. HILL, ESQUIRE
          LAUREN A. DIMARTINO, ESQUIRE
16
     On Behalf of the Defendant:
17        JOSEPH C. DUGAN, ESQUIRE
          BRANDON K. WHARTON, ESQUIRE
18        DAVID W. KINKOPF, ESQUIRE

19   Also Present:
          KATHERINE E. GARVEY, PARALEGAL
20        FATHER ROBERT TWELE, ESQUIRE
          CYNTHIA EYLER, PARALEGAL
21        JOHN DOE

22       (Computer-aided transcription of stenotype notes)

23                      Reported by:
               Ronda J. Thomas, RMR, CRR
24             Federal Official Reporter
            101 W. Lombard Street, 4th Floor
25             Baltimore, Maryland 21201
```

Exhibit 1

1  Q.    What is Gateway?

2  A.    Gateway is a platform, it's a data platform.  So you might

3  imagine, we work in 120 countries around the world with 2,000

4  partners, 8,000 staff.  You could see the eight different

5  program areas that all have a migrate of objectives.

6      Our Gateway system is one that collects the data and helps

7  us look to donor opportunities that we have and helping us

8  categorize and aggregate information so we can make better

9  decisions.

10  Q.    And why is that significant?  Why is data analysis

11  significant to the CRS?

12  A.    You know, when I started with CRS we were a smaller

13  organization and we had, you know, just a small number of

14  people around the world.  Now we're, as I said, reaching 121

15  different countries and we can't control that just in my head,

16  you know.  So our teams collect data around the world.  We made

17  a big investment in our knowledge management.

18      So not only do we have a knowledge management team here in

19  the United States, but we have what we call MEAL officers,

20  which is monitoring, evaluation, accountability and learning.

21  What they do is collect data out in the field on each of our

22  projects.

23      So if I go to a country program, I usually go around and

24  meet everyone in the office and our MEAL people are the ones,

25  from my perspective, that get that data so we can prove what we

1  do.

2       You'd imagine if you're giving to CRS, you want to make

3  sure your donations are going to help that child get a meal,

4  help that child be educated, help this family be protected.

5  They want to make sure they know where their money goes.  If we

6  don't have these data systems we can't prove that.

7       So over the last five or seven years, we have invested

8  more so that we can now aggregate.  And we have milestones

9  linked with our strategy that are very specific on numbers of

10 people we serve, what we prove that we're going to do, how many

11 houses we build, how many children are saved from malaria and

12 so on and so forth.

13      So data is crucial to that.

14      And then for our donors, both private and public, they

15 require us to do it.  There is plenty of need around the world

16 and not enough resources, so we have to make sure that we're

17 investing in the right places in order to get the grants that

18 we get.

19      And then I say probably even most importantly, it's

20 important for us to be able to show the local community that

21 the meager resources we're telling them to invest in a

22 particular area goes to something that's productive and helpful

23 to them.  If it's not then shame on us that we have not done

24 our job.  So we need to make sure that we can prove that their

25 investments are actually making their lives better.

1  Q.   I'd like to now show you what's marked as Exhibit 3.

2       Are you familiar with this document?

3  A.   Yes, it's our financial statement.

4  Q.   I'm going to ask Ms. Eyler to scroll down to what is PDF

5  page 9.

6       And if you see here on this document, can you tell us what

7  is the primary source of CRS's revenue?

8  A.   So the primary source of our revenue, as you can see, is

9  public support and revenue.  So most of that comes from various

10 departments within the U.S. government.  So we both in-kind and

11 direct grants from the U.S. government.

12 Q.   And from the agency's perspective, is there functionally

13 or practically a difference between funding from a public donor

14 versus funding from a private donor?

15 A.   There is and there isn't.  I'd say there is in a certain

16 way in that public donors like the U.S. government has a whole

17 large group of standard provisions that you have to do.  It's a

18 competitive process that we submit opportunities for grants,

19 that Gateway helps us do, and then we compete with others who

20 are submitting for those grants.  So it's a very driven, you

21 know, basis process.

22       For our private donors, they also want to make sure that

23 the resources are going where we had said it was going.  But

24 our private donors, most of the time, they don't have the same

25 standard provisions or the sophistication that a U.S.

1  government -- or the Global Fund is another large donor of

2  ours, which is an international donor in the health field.  The

3  private donors don't have the same requisite as the public

4  donors do.

5  **Q.**    When CRS competes for funding, for public funding, is that

6  funding contingent upon providing certain data?

7  **A.**    Oh sure, yeah.  We have to meet our objectives.  We're

8  also going -- the field seems to be going more and more towards

9  contracts as well.  So we have normally gotten grants and now

10 we're stepping our toe into subbing and looking a little bit

11 more at contracts.

12       But on any of these, if money does not go to where it

13 should have gone, and we can't prove that it did, we have to

14 repay that to the U.S. government.

15       In contracts and other, you know, types of activities, we

16 have some impact investing and others, if it doesn't go to the

17 area that it was specified we have to return that money or we

18 don't receive the funding for that.

19       So it's crucially important, you know, vital for us to

20 make sure we can prove what we're doing.

21 **Q.**    Is Gateway the primary tool that CRS uses to track all of

22 this data and collect it and analyze it?

23 **A.**    Gateway is our program tool with our knowledge management

24 group, that is the primary one.  We've also invested in a tool

25 that we call Insight, which is our finance management tool,

1 | groups.

2 |     **THE COURT:** Mr. Wharton, forgive me.

3 |   Mr. Callahan, what does total program value mean? It's

4 | not an accounting phrase I'm familiar with.

5 |     **THE WITNESS:** Total program value is everything,

6 | except for our overhead basically.

7 |     **THE COURT:** Okay.

8 |     **THE WITNESS:** So we have about 7 percent, less than

9 | 7 percent of overhead overall and then most of the rest would

10 | be in our program.

11 |     **THE COURT:** Okay.

12 | **BY MR. WHARTON:**

13 | **Q.** Mr. Callahan, without these U.S. government resources that

14 | are reflected on this chart, would CRS be able to achieve its

15 | mission?

16 |     **MR. MAY:** Objection, calls for speculation.

17 |     **THE COURT:** Basis? Overruled.

18 |     **THE WITNESS:** We would be a much smaller organization.

19 | Right now, I think in the FY25 budget, it's over 50 percent of

20 | our resources come from the U.S. government and then that

21 | doesn't include the Global Fund or the EU or the UN, which the

22 | U.S. government contributes substantially to. So if all of

23 | those sources were reduced, we would not be able to fulfill the

24 | needs of people overseas and, in fact, would have to abandon

25 | some of our partners in some of the locations.

1      **THE COURT:**  Mr. Callahan, I think I'm just going to

2  sort of parse out a little bit of the question.  And I don't

3  know, Mr. May, but I don't really need a calls for speculation,

4  I know this was based on a budget from a different time frame.

5      But are you testifying that CRS would be able to complete

6  its mission as drafted, but it would be shrunken in terms of

7  its services or something else?

8      **THE WITNESS:**  I would say that, I think the second

9  that you said.  We would be shrunken.  We would be a much, much

10  smaller organization and our relevance would be a lot less.

11      **THE COURT:**  Like your global footprint.

12      **THE WITNESS:**  Our global footprint would then have to

13  shrink.  So I would think, you know, if I was in that

14  situation, we would just have to rejigger.  Do we only work in

15  this part of Africa as opposed to more globally around the

16  world.  So we would have to cut off different partners and

17  different activities so. . .

18      Some organizations that are smaller might just do health

19  in Central America.  So you could say that was part of our

20  mission of helping those people, but we would leave others out.

21      CRS was founded by the U.S. Catholic Conference of Bishops

22  though to be more global and plug into all of the networks.  So

23  it really would be somewhat changing the mission as currently

24  described.

25      **THE COURT:**  Okay.

1  those are very limited opportunities where individuals can take

2  on a TDY and that's for sometimes only weeks at a time?

3  A.   Yeah, can be weeks or months, depending.  It's an

4  opportunity, one, to assist in the area and build local

5  capacity of the person.

6  Q.   To assist in the area?

7  A.   Yeah, but also their own professional developments.

8  Q.   And you can't speak to what Mr. Doe did on a day-to-day

9  basis in any of the positions he held, right?

10 A.   No, I cannot.

11 Q.   And, in fact, you have a bachelor's in Spanish?

12 A.   Yes.

13 Q.   And a master's of arts in law and diplomacy, correct?

14 A.   Correct.

15 Q.   You don't have any sort of software engineering

16 background?

17 A.   I do not.

18 Q.   So fair to say that the person with the most and best

19 knowledge about what he actually did would be Mr. Doe in those

20 positions, correct?

21 A.   I would assume Mr. Doe would know what he did and his

22 supervisor would know what he should be doing.

23 Q.   I don't want to ask you to assume.  Would you agree with

24 me or not --

25 A.   Yes, yes.

1  **Q.**   Did you have smartphones?

2  **A.**   Nope.

3  **Q.**   And you testified with Mr. May that you don't have an

4  educational background in technology; is that correct?

5  **A.**   Correct.

6  **Q.**   And you don't have a professional background in technology

7  either?

8  **A.**   Correct.

9  **Q.**   But as president and CEO, do you have an understanding on

10 a practical level of the importance of technology to the

11 agency?

12 **A.**   Yes.

13 **Q.**   Is CRS more efficient now than it was when you didn't have

14 access to those technologies?

15 **A.**   Much more efficient.  We were a much smaller agency at

16 that time.  Since Gateway, we've doubled in size so we can do

17 far more assistance to the countries in which we work.

18         **MR. WHARTON:**  Nothing further.

19         **THE COURT:**  Thank you.  Anything else, Mr. May?

20         **MR. MAY:**  Let me just briefly.

21                         **RECROSS EXAMINATION**

22 BY MR. MAY:

23 **Q.**   Your testimony is that technology has made it possible for

24 CRS to be more efficient in carrying out its mission, right?

25 **A.**   Correct.  And we can prove what we're doing and aggregate

1  and Learning, during regular quarterly town halls or department

2  meetings.  Anything along those lines.  I wasn't interacting

3  with him on a daily basis.

4       Before that in his previous positions, working on Changing

5  the Way We Care, we similarly interacted sporadically based on

6  calls that were held, quarterly calls held with the steering

7  committees, the steering committee of the project.  And prior

8  to that it was also sporadic based on his previous work in

9  Gateway and what was happening.

10 Q.  The plaintiff left Catholic Relief Services earlier this

11 summer; is that correct?

12 A.  Yes, unfortunately.

13 Q.  Was his departure voluntary?

14 A.  It was.

15 Q.  Has Catholic Relief Services to your knowledge endeavored

16 to fill the position?

17 A.  Yes, we are recruiting.

18 Q.  Is the position post currently active?

19 A.  I believe it's active.  I know we had a call with human

20 resources on the recruiting strategy so I believe that they are

21 recruiting.

22 Q.  Do you have any views about the challenges of replacing

23 the plaintiff?

24 A.  Yes.  It will be a challenge to replace him.  It's

25 difficult to find someone who has the experience of our

1  overseas work and an understanding of a platform like

2  Salesforce and an understanding of what goes into all of the

3  aspects of our work.  So I anticipate that it will be a

4  challenge.

5  **Q.**   I'll ask Ms. Eyler to go ahead and load our first exhibit.

6  This'll be Exhibit Number 16 which is a joint exhibit.

7  **A.**   Yes.

8  **Q.**   And do you see that displayed on your screen,

9  Dr. Senefeld?

10  **A.**   I do.

11  **Q.**   And there may be a binder as well.  Is the binder -- are

12  the witness binders on the --

13  **A.**   There is a binder.  It's a lot of tabs.

14  **Q.**   It really doesn't matter.  You can feel free to use the

15  electronic version or the hard copy.  It makes no difference.

16         **THE COURT:**  There should be a witness binder up there.

17         **THE WITNESS:**  This (indicating).

18         **THE COURT:**  You got it.

19  **BY MR. DUGAN:**

20  **Q.**   Very good.  Is there just one binder on the table?

21  **A.**   Yes.

22         **MR. DUGAN:**  So I will provide for Dr. Senefeld a copy

23  of the defense binder as well.

24         **THE COURT:**  That's fine.

25         **MR. DUGAN:**  Great.  Thank you very much.

Direct of Senefeld by Dugan
102
Case 1:20-cv-01815-JRR   Document 132-2   Filed 11/22/24   Page 12 of 45

1  units in other divisions to support those.  But this

2  department, in particular, is responsible for the Knowledge

3  Management and Learning related to all of our Overseas

4  Operations work.  So it is limited to the direct work that

5  we're doing on our overseas programming and implementation.

6  Q.   Ms. Eyler, you can go ahead and pull that exhibit down.

7       Dr. Senefeld, are you familiar with an acronym MEAL?

8  A.   Yes.

9  Q.   What does that acronym stand for?

10 A.   Monitoring, evaluation, accountability and learning.

11 Q.   And is that a term that is used at CRS, either the acronym

12 or the full phrase?

13 A.   Yes.

14 Q.   I guess, first of all, what does monitoring, evaluation,

15 accountability and learning mean at Catholic Relief Services?

16 A.   So MEAL -- can I call it MEAL?

17 Q.   Yes.

18 A.   So MEAL is integral to all of our work that we do.  It's

19 what we kind of consider like a compass in all of our overseas

20 programming to tell us if we're going in the right direction.

21 It is part of our adaptive management strategy and part of our

22 continuous improvement efforts.

23      It is required.  We have a policy that requires MEAL for

24 all of our projects overseas.  And it is a core competency of

25 our staff.  Meaning it is expected for our staff working in

1  overseas programming to have a great -- a good grasp on MEAL

2  because we see it as so critical.  It is how we monitor whether

3  or not the projects that we're implementing are moving toward

4  their desired results.

5       It is how we solicit feedback from participants in our

6  programs.  It is how we solicit feedback from other

7  stakeholders, and it's how we know if we're on the right track

8  or if we need to make changes in our programs to implement them

9  more effectively.

10 Q.   I heard MEAL or monitoring and evaluation referred to as a

11 theory, do you agree that it is a theory?  Is that how you

12 would describe it?

13 A.   No.

14 Q.   Why do you disagree with that?

15 A.   Well, I don't know, maybe it's semantics, I think a theory

16 is more abstract.  And I think we're really talking about the

17 practical nature of the work that we do.  And in reality we are

18 putting into practice very sound, scientific systems to make

19 sure that we are making progress on helping the poor and

20 marginalized.

21 Q.   Based on either your educational background or your

22 professional experience, do you have any understanding as to

23 whether MEAL is a -- an approach in the nonprofit world more

24 generally, meaning beyond CRS?

25 A.   Yes, it is required in the nonprofit world.  Certainly

1   with the international development if you're seeking any sort

2   of external funding it's required.

3       So you have to have some sort of monitoring and evaluation

4   framework for all of your projects.  You have to have regular

5   reporting to donors on the progress that you're making.  You

6   have to have a plan for conducting a baseline when you start

7   the project to know where you started from, as well as a

8   midterm evaluation to know how things are moving, and an

9   end-line evaluation to know what progress that you've made.

10      All of that is part of standardized monitoring and

11  evaluation.  It's required by most donors.  It's grown more

12  sophisticated over the years.  I think it's been -- it's been

13  required by donors increasingly so probably since the 1960s.

14  Increasingly it's become more sophisticated and evolved to

15  include things like making sure there's beneficiary feedback.

16      So if we're working on a project in rural Malawi, for

17  example, we need to have some sort of system where the

18  community members who are benefiting from our program can give

19  feedback on how that program is going and that's all part of

20  our monitoring, evaluation system as well.

21  Q.   What is the relationship between data -- strike.

22      What is the relationship between data management on the

23  one hand and monitoring and evaluation on the other hand?

24  A.   Well, a lot of the monitoring and evaluation that we do

25  relies on data.  So of course we have qualitative information

1    want to just start a project -- a lot of our projects are five

2    years long.  We don't want to start a project and implement it

3    blindly for five years.  We want to implement it and make sure

4    that as we're going along we're making a difference and we're

5    doing what we're supposed to be doing and that we're adapting

6    to the changing environment on the ground to make sure that

7    we're making a difference.

8    **Q.**    All right.  I want to switch gears a little bit and ask

9    you about Gateway.

10        What is the Gateway system at Catholic Relief Services?

11   **A.**    Gateway is one of our core knowledge management platform.

12   It is built on the Salesforce system and it houses all of our

13   information about funding awards, funding solicitations.  A lot

14   of our funding comes from public donors, funding institutions,

15   meaning predominantly the United States Government but also

16   other governments and so most of those are released via some

17   sort of request for application.  And so all of that is tracked

18   on our Gateway system so that we can track what solicitations

19   are coming, where we are in that process, whether or not we've

20   been successful, we can track trends over time, where we're

21   successful, where we're not.

22        We've also used -- it's very integral to our fundraising

23   overall.  It's also used to house our compliance data.  So all

24   of our projects that we implement overseas, we implement the

25   majority of those, about 70 percent of those are implemented

1   through local partners.  So it's not CRS implementing; we're

2   working through local community partners who are there.  Those

3   community partners have a series of compliance checks that they

4   have to meet.  We want to make sure they're implementing

5   projects the way they should and that they're compliant with

6   all of our audit procedures, financial procedures, et cetera.

7        So we collect data on the partners' financial monitoring

8   systems, for example, their safeguarding systems.  So our

9   compliance data is housed there.

10       It's also where we house our institutional donor customer

11  relationship management.  So if we're meeting with a donor in

12  one country, someone else in another country can see that we've

13  met with a donor in another country and you can track those

14  trends over time.

15       It's also where we house all of our project documents.  So

16  all of our projects are required to upload all of their

17  documentations so that's their initial submissions, the

18  proposals that they wrote, their quarterly reports that are

19  being submitted to the donors, their midterm evaluations, their

20  final evaluations, et cetera.

21           THE COURT:  Why don't you slow down a little bit,

22  please.

23           THE WITNESS:  Sorry.  I'm nervous in here.

24       So all of those things.

25       Then there's one more, I'm forgetting.

 1      So it houses all of our project-level data, it houses all

 2 of our institutional data, all of our fundraising, all of our

 3 compliance, and all of our global results.

 4      So all of our -- we have a strategy that goes through

 5 2030, and we ask our country offices to report on their

 6 progress in certain indicators to let us know at a global level

 7 if we're moving the needle.  So all of that information is in

 8 Gateway.

 9      So the system itself is our large knowledge management

10 platform where all of the data is fed in, and then from that we

11 have a variety of dashboards, reports, et cetera, that allow us

12 to make use of all of the data that's inputted.

13 **BY MR. DUGAN:**

14 **Q.**   Okay.  I'm going to ask Ms. Eyler to load Exhibit 24,

15 which is a joint exhibit.  And while she culls that up, is

16 there water for you up there, Dr. Senefeld?  We have bottles.

17 **A.**   Yes, thank you.

18 **Q.**   If you want one, we're going to be going for a while.

19 **A.**   Oh, gosh.

20 **Q.**   So Exhibit Number 24, take a look at that, Dr. Senefeld,

21 and please let us know if you've seen this document before?

22 **A.**   I have.

23 **Q.**   What is it?

24 **A.**   It is an overview of Gateway and its use in Overseas

25 Operations.  We use it to onboard and orient new staff.

1  Q.   I'm going to focus your attention on the section that says

2  "key features," and maybe, Ms. Eyler, could you blow that up a

3  little.  Thank you.

4       What I'm going to do is walk through these bullets and ask

5  you to explain to the Court, how, if at all, Gateway advances

6  each of these -- I don't know what the word is -- feature

7  areas.  Some of this may overlap with what you just said but I

8  want to make sure the record is clear.

9       So let's start with business pipeline tracking.

10      Dr. Senefeld, how, if at all, does Gateway advance CRS's

11 business pipeline tracking efforts?

12 A.   Yes.  So this is what I was just mentioning.  All of

13 our -- the majority of our programs that are implemented

14 overseas are implemented based on projects that we've competed

15 for and won.  So most of those, the vast majority comes from

16 some form of government funding, whether it's the United States

17 Agency for International Development, the United States

18 Department of Agriculture, the President's Emergency Plan for

19 AIDS Relief, Centers for Disease Control, et cetera.

20      We also receive large public funding from others,

21 including the Global Fund for AIDS, tuberculosis and malaria,

22 EU countries, multiple UN agencies.  We also receive funding

23 from private foundations and corporations.

24      The majority of the funding that we receive is obtained

25 after we've actively competed in response to a call for

1  applications of some sort.

2      So when the call for applications is released, that

3  starts, or even before that we hear that a call might be

4  coming, all of that is entered into Gateway.  We then track

5  that step-by-step to see what we're working on, what we're

6  competing for, where we are in the process.  We use that to

7  forecast our financial models for the next year.

8      So unlike a lot of for-profit companies, we don't budget

9  based on what we have on hand; we budget for what we think

10  we're going to have for the next year.  And a large portion of

11  that is based on how successful we anticipate being in our

12  public, in our business pipeline.

13      So all of that information is part of Gateway, and all of

14  that is then used to decide things like our annual budget.

15  It's used to decide things like staff deployment, who goes to

16  help with which proposals, how long that works.  It's used for

17  internal learning to see if there are certain types of awards

18  that we're competing for and not winning and let's us adjust

19  maybe what we're doing over time.  And it also feeds into all

20  of our annual reporting that we do as an agency as well to our

21  board in terms of our success in terms of business development.

22  **Q.**   Then just looking down to the next bullet.  Well I guess

23  first of all, what, if you know, does institutional

24  relationship management refer to?

25  **A.**   It means managing relationships with people from different

1  institutions.  So keeping track of all of those different

2  relationships.

3  **Q.**   I see.  And how, if at all, does Gateway advance CRS's

4  institutional relationship management efforts?

5  **A.**   It's really invaluable to be able to go into a system and

6  be able to see where different people throughout the

7  organization are interacting with different institutions.

8        In an organization with over 7,500 staff members, it's

9  impossible to keep track of who's interacting with whom all of

10  the time.  So this allows us to track interactions we have.

11        So if I go to D.C. to meet with a donor, I could enter

12  that in here and say "I met with a donor.  This is what we

13  discussed."

14        It also allows us to do things like pull information.  So,

15  for example, I had a meeting with the World Bank.  I was able

16  to go into Gateway to look to see where are the relationships

17  that we have with the World Bank before I went to that meeting.

18  So all of that allows us to see where those relationships exist

19  and to build on our -- as a larger team effort on relationship

20  management across locations for a specific institution.

21  **Q.**   The next bullet down is "Partner Assessment and Compliance

22  Tracking."  What is meant, if you know, by that, partner

23  assessment and compliance traction?

24  **A.**   So this is also what I was referring to earlier.  We

25  implement the majority of our programs via local partners.  So

1   have improved nutrition because of our work.  The number of

2   hectares that we have placed under land restoration.  So

3   they're very specific to our programmatic results.

4   **Q.**   Okay.  If I were to characterize Gateway as an information

5   hub, would you agree or disagree with that characterization?

6   **A.**   I think it's an incomplete characterization.

7   **Q.**   Why do you say it's an incomplete characterization?

8   **A.**   I think Gateway is -- one aspect of Gateway is

9   information, it is a hub of information.  But I think the other

10  side of Gateway is the use of all of the information.  So it is

11  the ability to generate reports, analytics, et cetera, in a way

12  that makes the information that is in that hub useful.

13  **Q.**   Okay.  Does the Gateway team respond to requests from

14  within Catholic Relief Services to modify the Gateway system?

15  **A.**   Yes, they do.

16  **Q.**   And how does that process work?  I asked right as you were

17  taking a sip of water.

18  **A.**   Uh-huh.  It's changed over time.  But now, generally

19  speaking, someone who has a request would submit the request.

20  They would meet with the Gateway team or they'd submit it and

21  ask for that change.  The Gateway team has to play a lot of

22  interference.  They do a lot of gatekeeping because a lot of

23  people want information that isn't always necessary.

24       But then the Gateway team manages those requests that need

25  to move forward, that actually are critical.  They then look at

1  what would be needed to be changed within the Gateway system.

2      They coordinate with our IT folks to figure out what that

3  would look like, what the costs would be, what the timeline

4  would be, et cetera.  And then they work with our folks in

5  Overseas Operations to see what that would look like from the

6  user interface.  What it would look like for them if they were

7  to make those changes and input any of that system.

8  Q.  And based on your personal knowledge as senior vice

9  president of Overseas Operations, prior to his departure, did

10 the plaintiff have a role in that modification process that you

11 were just testifying about?

12 A.  Yes.

13 Q.  I'll ask Ms. Eyler to cull up Exhibit Number 20.  This is

14 another joint exhibit.  Okay.

15     This document is captioned "FY23 Organizational

16 Performance and Effectiveness Report."

17     Dr. Senefeld, have you seen this document before?

18 A.  Yes.

19 Q.  And would you describe for the Court the purpose of this

20 document?

21 A.  We are required to submit an annual organizational

22 performance and effectiveness report to our board.  It goes to

23 the board every summer, every June, for them to approve to make

24 sure that we are on track toward our strategy.

25 Q.  Is there any relationship between the Gateway system that

1  we've been discussing and the contents of this document?

2  A.   Yes.

3  Q.   And what is that relationship?

4  A.   If you go through the document you'll see many of the

5  indicators that are in the document that are being reported are

6  coming from the Gateway system and the information that's in

7  the Gateway system.

8  Q.   Okay.  Let's go specifically to page 3, "FY23 Performance

9  At A Glance."  I see a lot of numbers on that page.  Do you

10  have any knowledge as to whether these numbers are sourced from

11  information in Gateway?

12  A.   Many of them are.

13  Q.   Okay.  And how is this report, this Organizational

14  Performance and Effectiveness Report, used at Catholic Relief

15  Services?

16  A.   It is used for us to know whether we are on track or not

17  at an agency level toward meeting our strategy and whether or

18  not we need to make any adjustments to the work that we're

19  doing.

20  Q.   Are there any other reports that are generated on a

21  routine basis at Catholic Relief Services for which Gateway

22  supplies necessary information?

23  A.   Yes.

24  Q.   Can you provide any examples of such reports?

25  A.   There are many.  We have monthly reports on compliance

1  data.  We have monthly reports on our business development

2  data.  We also have an annual report on our state of business

3  development that is produced.  We have also twice a year

4  report-outs to our board committee on our key performance

5  indicators within Overseas Operations, which include our

6  program results, our partnerships in local leadership, and our

7  resource mobilization.

8       We also pull reports for understanding things, they're

9  more routine but every day.  So, for example, if we are -- we

10 want to enter into a new agreement with a new partner, we would

11 pull from Gateway to see whether or not that partner was

12 compliant with the compliance measures that are tracked under

13 Gateway.  Those are just a few of the examples.

14 Q.   Okay.  And do users of the Gateway system, strike that.

15      Let me ask this, are you familiar with a concept of an end

16 user of the Gateway system?

17 A.   The idea that people who use the data that's in the

18 system, it's not a term that I use all of the time, but I do

19 know what you mean by it.

20 Q.   Do you know how many CRS employees have access to Gateway?

21 A.   More than 1,500, I believe, have active licenses.

22 Q.   Do you have any understanding as to whether users of

23 Gateway, within that population of 1,500, may access the system

24 on an ad hoc basis to address a particular need?

25 A.   Yes, they can.

1  hired initially?

2  A.   I believe it was 2016.

3  Q.   Okay.  Prior to the implementation of Gateway, did

4  Catholic Relief Services have a centralized tool for tracking

5  its business Pipeline and Project portfolio?

6  A.   We did not have a centralized tool that did all of the

7  things that Gateway does.  We would try to track our business

8  development pipeline via Excel sheets, but it was -- it was

9  nowhere near as sophisticated as it is now.

10      And we did not have a central mechanism for all of our

11  project tracking of existing projects.  The only way that we

12  could get the data about which projects we had was to look at

13  financial data to pull information about which partners had

14  received money from us.

15 Q.   Did you find that the spreadsheet approach you're

16  testifying about had any impact on the agency's performance?

17 A.   I mean, I think we were successful but not nearly as much

18  as we are now.  We were also a much smaller organization than

19  we are now.

20      So I think it -- we made it work, you know, we made it

21  work.  But it was less than ideal.  And we're definitely much

22  more efficient and effective now with Gateway.

23 Q.   Now, in your experience, has anything changed in the

24  nonprofit field more generally in recent years that makes

25  centralized data management more important?

 1  A.    Yeah, there's been a huge move toward big data, toward

 2  data science, toward data use, data-driven decision-making, and

 3  I think that more and more donors are requiring that.  They're

 4  requiring to see the data in action.

 5      More donors are requiring sophisticated monitoring

 6  platforms and information.  And I think more changing

 7  technology has also led to the expectation that data is --

 8  should be more readily available in real time, that it can be

 9  acted on.

10      And so when I first started, we collected data on pen and

11  paper, you know, and you waited until someone got around to

12  entering it into the system.  And now you can collect the

13  information on an iPad that then synchs and loads up into a

14  system and you're able to get real time data to make real time

15  decisions.

16  Q.    You understand that the plaintiff here, Mr. Doe, occupied

17  several different positions during his time at Catholic Relief

18  Services, correct?

19  A.    Correct.

20  Q.    Do you recall generally the positions that he held?

21  A.    Yes.

22  Q.    And would you share that information with the Court?

23  A.    Yes.  He was -- started as a program advisor as an advisor

24  on our Gateway team.  He was quickly promoted to an Advisor II

25  for data use, data analytics.  He then moved into a

1  knowledge of the mission, her work within the missions.  So you

2  can answer.

3          THE WITNESS:  I think that Gateway itself has been

4  critical to our ability to effectively implement our mission.

5  It has been a huge benefit to us as an agency that's enabled us

6  to grow and expand our work.  And I think that Mr. Doe's work

7  within that system has been critical to the effectiveness of

8  that actually happening.

9  BY MR. DUGAN:

10  Q.   Let's pull down Exhibit 9, and I want to cull up

11  Exhibit 275.  Okay.  So this document, again, is captioned

12  "Gateway Data Quality Advisor II, OPEX."  I guess we'll cover

13  the document sort of first.

14      Are you familiar with this document, Dr. Senefeld?

15  A.   Yes, it looks like Mr. Doe's job description, for a second

16  position within CRS.

17          MR. MAY:  Your Honor, may I put a brief objection on

18  the record?

19          THE COURT:  Sure.

20          MR. MAY:  There is a competing job description, I

21  believe it's for this specific job description.

22          MR. DUGAN:  That's right.

23          MR. MAY:  We have a joint one that is in that

24  Dr. Senefeld was asked at her deposition.  This is a separate

25  version --

1   Operations, and your prior experience within the organization,

2   do these bullets summarize accurately the work the plaintiff

3   performed as a Data Quality and Analytics Advisor?

4   **A.**   Yes.

5   **Q.**   And then as a factual matter, sort of same question as

6   before, how, if at all, did the plaintiff's work as a Data

7   Quality and Analytics Advisor relate to CRS's mission, the

8   mission that you testified about before?

9          **THE COURT:**  If at all.

10         **MR. DUGAN:**  Yes, Your Honor.

11         **THE WITNESS:**  I think it did.  Mr. Doe's work on data

12  quality and analytics was critical.  He did a great job of

13  building out a lot of analytical interfaces that we were able

14  to use within our work.

15      So, for example, as I said before, Gateway is not just an

16  information hub.  If it's an information hub alone it's really

17  not as useful.  It's the ability to use the data that's in

18  there.

19      And one of the things that Mr. Doe was really great at was

20  developing different ways to look at the data that had been

21  inputted.

22      So, for example, I talked earlier about the

23  compliance-level data where we were able -- we were tracking

24  the financials of our local partners.  When we first started

25  doing that our compliance with that policy was very low.  I

 1  think it was around 15 percent.  But Mr. Doe was able to

 2  implement a new way of looking at that data and giving that

 3  analysis that then improved the compliance rates to 80 percent.

 4  So that was really critical.  That's just one example.

 5       I think he was instrumental to helping us actually with

 6  the rollout with the Gateway system.  This was early years and

 7  we were looking at how we could use this data in real time to

 8  make real decisions.  And I think that Mr. Doe did a phenomenal

 9  job of helping us figure that out.

10  BY MR. DUGAN:

11  Q.   And then one more exhibit in this series.  Ms. Eyler, if

12  you please load number 5.  So we're back to joint exhibits.  I

13  confess, this one is a little hard to read on the screen.  It

14  may be easier to see in the book.  Let's start with -- let me

15  ask you, Dr. Senefeld, if you are familiar with the document

16  that's being displayed?

17  A.   I'm sorry, I'm going to pull it up because I can't see it

18  at all.

19  Q.   So this will be in the joint book at Tab 5.  It appears to

20  be a kind of web printout which may explain the way it appears.

21  A.   Thank you.  Okay.  Yes, thank you.

22  Q.   Is it easier in the book?

23  A.   Yes, thank you.

24  Q.   Are you familiar with this document that is Exhibit 5?

25  A.   I am.

 1  Q.   So based strictly on what you learned through your

 2  participation in that process -- and I don't want you to

 3  testify about what you heard from other people -- just based on

 4  your knowledge, do these bullets on the document accurately

 5  reflect the work that the plaintiff did in that first position?

 6  A.   Yes, it may not be a full summary of all of the work that

 7  he did, but yes.

 8  Q.   So, again, the same question as before.  As a factual

 9  matter based on your knowledge, how, if at all, did the

10  plaintiff's work as a Program Data Advisor relate to the

11  mission you testified about before?

12  A.   In the same way that I've already said.  I think in the

13  beginning, in 2016, when this job description was -- when

14  Mr. Doe first started with us, we were at the very beginning of

15  Gateway.  So we were still building out the system.  And I

16  think that this job description was designed to help us figure

17  out what we needed to do within the system, what improvements

18  we needed to make within the data, how we wanted to make sure

19  that the data was inputted in a quality way and that we're able

20  to use that data.

21      So I think it was important.  It was an entry-level

22  position, but it was an important position to the future of

23  Gateway's success.

24  Q.   One other sort of question about Gateway, to your

25  knowledge has the plaintiff been responsible for training other

1  Changing the Way We Care?

2  **A.**   Yes.

3  **Q.**   What is Changing the Way We Care?

4  **A.**   It is a project designed to end the institutionalization

5  of children and ensure that children grow up in family-based

6  care.

7  **Q.**   Did you have a role in launching Changing the Way We Care?

8  **A.**   I did.

9  **Q.**   What was that role?

10 **A.**   I was one of the founders of the program.  It was in

11 response to a call by MacArthur Foundation called 100 and

12 Change where they were giving 100 million dollars to

13 organizations who could solve one of the world's problems.

14      So CRS with two of our partners, Lumos and Mistral,

15 submitted an application for Changing the Way We Care, but we

16 didn't win but we were one of the four finalists.  We did

17 receive $15 million from MacAuthor Foundation for the project.

18           **THE COURT:**  Sounds like a win to me.

19           **THE WITNESS:**  The MacArthur Foundation funding has

20 ended, but we have since then leveraged U.S. aid funding so we

21 have funding from the Displaced Children and Orphans Fund and

22 the United States Agency for International Development, and

23 also from other foundations including the Roundhorse Foundation

24 so in total we're up to over 40 million now.

25 **BY MR. DUGAN:**

1  Q.   How would you describe Changing the Way We Care as it

2  relates to other programs within Catholic Relief Services?

3  A.   Changing the Way We Care is one of our flagship programs

4  for our strategy for 2030.  Our agency's strategy through 2030

5  looks at how we can accomplish something big, something bigger

6  than any project, something that really is about catalyzing

7  change at a larger level.

8       And one of the areas that we want to change is around

9  family care for children and so within that objective of our

10  strategy Changing the Way We Care is our top program.

11 Q.   When you said the strategy around 2030, is that the same

12 as the Vision 2030 --

13 A.   Yes.

14 Q.   -- that you testified to earlier?

15      What inspired the Changing the Way We Care initiative

16 specifically?  Let me strike that question.

17      What considerations did you look to when you decided to

18 initiate Changing the Way We Care?

19 A.   We wanted to identify a problem that we could actually

20 solve, where we could actually move the needle.  We wanted to

21 identify a problem that would resonate with a lot of people

22 from a lot of different backgrounds.  And we wanted something

23 that would align with our core mission and beliefs as an agency

24 and knowing all of their research around how harmful

25 institutional care is for children, we felt like it was an

1  obvious choice for us to intervene there.

2  **Q.**   Is there any relationship between MEAL and Catholic Relief

3  Services and Changing the Way We Care?

4  **A.**   Yes.  So Changing the Way We Care was meant -- was

5  designed to be a project where we could show that you could

6  move children out of institutions into family-based care in a

7  variety of settings, and in those countries where we were

8  implementing it they would be demonstration countries, and we

9  would use all of the learning and evidence that we obtained

10  through those programs to influence other countries to make

11  subsequent changes.

12     So since we didn't get the hundred million, we only

13  implemented in five countries, as opposed to the original seven

14  that we envisioned.  But the idea behind it was to generate all

15  of the evidence around how we did the program and then use that

16  to influence larger bodies and effect change that would ripple

17  beyond those demonstration countries.

18     So MEAL was absolutely critical and it was one of the

19  three objectives of the program.

20  **Q.**   What were the other two objectives?

21  **A.**   The first was around making sure that children were in

22  family-based care and also supporting families and governments

23  to have stronger systems and then around the larger influence

24  of influencing more globally.

25  **Q.**   And what was the plaintiff's role in connection with

1   monitoring, evaluation, accountability and learning.  So he was

2   responsible for making sure that the MEAL work was actually

3   done according to our policy, along with hosting and leading

4   some of those quarterly reflection meetings, and also making

5   sure that the documents were produced and participating in the

6   documents and the development of the documents.  And then

7   making sure that they were all shared and posted on relevant

8   platforms, for example, the Better Care Network or via UN

9   channels, et cetera.

10  Q.   Okay.  So same question that I asked you earlier about the

11  three Gateway positions.  In your experience and based on your

12  observations, both as SVP of Overseas Operations and as an

13  architect of Changing the Way We Care, how, if at all, did the

14  plaintiff's work in this position, Program Manager II, relate

15  to the mission that you testified at the beginning of our

16  colloquy?

17  A.   I mean, Changing the Way We Care is all about our mission.

18  It is about serving the most poor and most marginalized of all.

19       The children who are in the institutions that don't have a

20  voice, who aren't recognized; and the program is about making

21  sure that they are recognized and making sure that their care

22  is the forefront of social welfare systems and policies in the

23  countries where we're working.

24       And the only way that we can do that is via very strong

25  monitoring and evaluation systems that show that the approaches

 1  that we are taking are actually effective and are in the best

 2  interest of the children.

 3  **Q.**   Okay.  Ms. Eyler, if you pull that down and put up

 4  Exhibit 7, please.  All right.

 5      Dr. Senefeld, I'm showing you the Joint Exhibit 7.  Have

 6  you seen this document before?

 7  **A.**   Yes.

 8  **Q.**   What is it?

 9  **A.**   It is -- it looks like the job description for Mr. Doe's

10  first position with Changing the Way We Care, Program Manager

11  I.

12  **Q.**   One more time, let's take a look at the bullets.  Starting

13  at the bottom of the page, the first page, which is

14  Bates 16713.  And just let Ms. Eyler know when you're ready for

15  her to scroll down so you can see all of the bullets.

16  **A.**   I'm ready.  Okay.

17  **Q.**   Same question as before.  Based on your position and

18  experience, did these bullets accurately represent the work

19  that Mr. Doe did as Program Manager I?

20  **A.**   Yes, same answer.  I think he did more than is reflected

21  here.

22  **Q.**   Okay.  Focusing on the language at the top of page 2 where

23  it says, very first bullet, "Consolidate monitoring data for

24  reporting and learning purposes and assist the MEAL team in

25  making said data usable and accessible for HQ team, donors,

1  A.    Yes, but I think where I use business owner in my

2  deposition is different from how you're using it now which is

3  why I was a little confused.

4  Q.    Okay.

5  A.    So when I talked in my deposition about business owners,

6  the way that we traditionally do it within CRS is that if

7  there's a division who wants to implement some sort of system

8  or something that requires support, for example, from our IT

9  department, we have a business owner housed within the home

10  division who is responsible for coordinating and being that

11  project manager for the overall work and representing that

12  division, while working with our counterparts for example in

13  IT.

14        So in this case, in my deposition, when I was talking

15  about business owner, what I was saying was --

16              THE COURT:  Slow it down, Doctor.

17              THE WITNESS:  Sorry.  That was Mr. Doe's job was to be

18  the business owner for our Gateway system that is representing

19  Overseas Operations with our IT department, our vendors, et

20  cetera, to really manage that project.

21        So that is a little bit different from the way you're

22  using business owner, which is --

23  BY MR. MAY:

24  Q.    Let me clarify, though.  When you say he's the business

25  owner of Gateway, he is really only functionally serving as a

Direct of Gilfillan by Dugan
219
Case 1:20-cv-01815-JRR   Document 132-2   Filed 11/22/24   Page 37 of 45

 1  okay.  Good.  If we could please zoom out a little and refocus

 2  on the chart.

 3       Ms. Gilfillan, what does this page of the chart appear to

 4  show?

 5  A.   Sure.  This is -- represents the high-level organizational

 6  chart of my department, the Institutional Donor Engagement and

 7  Advancement Department.

 8  Q.   And I noticed that the plaintiff, John Doe, his name does

 9  not appear on this particular page, is that because he's in a

10  different reporting chain?

11  A.   Yes, it is.  He's in a different reporting chain.

12  Q.   Is that chain in the Overseas Operations or OverOps

13  Division?

14  A.   It's still in the OverOps Division, yes, but not in my

15  department.

16  Q.   Okay.  And you know the plaintiff, John Doe, correct?

17  A.   Yes, I do.

18  Q.   And without disclosing his name on the record, you're

19  aware of his name and identity?

20  A.   Yes, I am.

21  Q.   And, in fact, do you see him in the court here today?

22  A.   Yes, I do.

23  Q.   All right.  So, Ms. Gilfillan, what, in a nutshell, is the

24  role of IDEA or your department at CRS?

25  A.   Sure.  We are a team, I say a support team that works

1   across the agency with our colleagues in country programs and

2   regions and globally to both engage donors to submit

3   competitive proposals and then to help negotiate the terms and

4   conditions of the agreements and then deliver on those

5   agreements.  So, really, is I'd say part of the engine of

6   helping CRS win -- win proposals to implement programming

7   around the globe.

8   Q.   And what constitutes an institutional donor?  What makes

9   an institutional donor an institutional donor?

10  A.   Sure.  So the way we classify our institutional donors are

11  they're government, like the United States Government.  Public

12  and private partnerships, like the Global Fund.  Foundations,

13  like the Bill and Melinda Gates Foundation, for example.  Those

14  all constitute kind of our institutional donors.  And they

15  usually have competitive proposal processes.  It's very

16  different from cultivating individual donors.

17  Q.   What do you mean by a competitive proposal process?

18  A.   So, not always, but in many cases we look at the tenders

19  or the opportunities that the institution will publish and then

20  you have so many weeks to actually submit a competitive

21  proposal.  That there's a group of those at the institution who

22  will score the proposals based on the criteria that they set

23  out, and then will advance you forward to the next process or

24  will maybe decline your proposal.  So you're competing against

25  other nonprofits, other INGOs, usually for opportunities.

1  Q.   To kind of put a finer point on how Gateway is used for

2  the 80, meaning the institutional donors, what would be the

3  circumstances where you or your team would use Gateway -- would

4  use information housed in Gateway in competing for those grants

5  or funding opportunities?

6  A.   Sure.  There's a couple of ways.  I mean, first we track

7  our wins and our losses over the last 10 years really to look

8  at trends.

9       We also have -- I mentioned earlier we have kind of

10 outcomes analysis that we like to do.  So we look at

11 opportunities and whether we've won them or we lost them and we

12 have different categories.  So we're able to kind of roll up

13 that information.  We can extract it from Gateway.  It's all

14 housed there.  So we can do better analysis to figure out is

15 there something we need to be doing better.  Is there something

16 we could capitalize on because we're doing it well.

17      So we really use all of that data that's really housed in

18 Gateway and pull that out regularly for our own analysis and to

19 make changes or make decisions.

20 Q.   Are there circumstances where in your experience the donor

21 organizations, to include governments, request particular kinds

22 of information that happens to live in the Gateway system?

23 A.   Let's see.  So, yes, the short answer is yes.  But I can

24 give you maybe a specific example.  CRS works through local

25 partner organizations around the globe so we have thousands of

 1   local, civil society organizations, or Caritas, local church

 2   partners or whatnot, and their ability to financially manage

 3   their money, have really strong internal controls is really of

 4   utmost interest to the donors who give us their money and who

 5   trust CRS with their funds.

 6        So we have our own process where we -- this is going to

 7   get into the weeds maybe but we have what we call our

 8   sub-recipient management process.  So we actually analyze and

 9   review all of those local organizations' ability to steward

10   funds well, all of those things I just mentioned.

11        We have a dashboard that kind of monitors that so we look

12   at that regularly.  In some cases, a donor could say, hey, you

13   worked with these three local organizations on this initiative,

14   can you let me know more about them.  So we would extract that

15   information from Gateway, when asked I would say.

16        And then another important factor that the U.S. government

17   certainly looks at is when we're audited because all of our

18   information regarding the requirements that the U.S. government

19   requires us to have, whether it's their actual -- the actual

20   award agreement or approval to make a change in the budget or

21   to hire someone.  All of that has to be housed in our award

22   records.

23        So it is often the case where an external auditor will ask

24   to receive, to review, and to look at those documents, to make

25   an assessment of CRS, which then gets of course reported to the

Direct of Gilfillan by Dugan
228
Case 1:20-cv-01815-JRR    Document 132-2    Filed 11/22/24    Page 41 of 45

1  employed by the IDEA organization?

2  **A.**    Correct.

3  **Q.**    But wherever you were employed, did you use tools at that

4  time to maintain data that was relevant to your fundraising

5  efforts?

6  **A.**    We did maintain data.  Nowhere near to the level of

7  sophistication Salesforce or Gateway allows us.  And I would

8  say it was probably more of a document storage platform than

9  something as sophisticated as keeping track of, you know, as a

10  real CRM, like a constituent relationship management system or

11  keeping track of your outcomes of your proposals.

12      We were really just kind of housing submitted proposals

13  and budgets in a document storage system.  And I don't even

14  remember, to be honest, if it was like Access or some version

15  of SharePoint.

16  **Q.**    Does the enhanced functionality of Gateway have an impact

17  on the efficacy of your organization's fundraising efforts?

18  **A.**    I would say yes, because we're able to pull data in real

19  time where we couldn't before and so you can really make better

20  decisions, I think.  You can kind of do some trend analysis

21  when you look back.  And then we also make projections going

22  forward.  So we're able to look at our business pipeline,

23  think, where do we see the most opportunity, so we can forecast

24  for the next year, what those proposals will look like.

25      We also have an algorithm there that kind of calculates

1  our win rate, our probability of win.  And we use that to

2  actually, you know, build our budget so that's really an

3  important tool.

4  **Q.**   In your experience, has anything changed in the broader

5  world of NGOs or nonprofits over the past say 10 years that has

6  an impact on importance of data, to an organization like CRS?

7  **A.**   Yeah, to be honest, I think the environment has gotten

8  more competitive.  I think donors are more onerous.  They have

9  a lot more stringent rules and regulations that we need to

10  follow.

11      That example I gave earlier about sub-recipient financial

12  management, that is really important to know that an

13  organization like CRS, one, that we're stewarding money well,

14  and the organizations that we do partner with, that we sub to,

15  also manage money well.  So I'd say there's increase in

16  scrutiny in our ability to show, you know, our efficacy that

17  way for sure.

18  **Q.**   Do you have any role in preparing any aspect of CRS's

19  annual reports?

20  **A.**   Yeah, I review our annual report and at times depending on

21  what we choose to highlight, either myself or mostly my team

22  would be in charge of collaborating with the donor to ensure

23  permission to use their name, their story, you know, what we're

24  highlighting that year.

25  **Q.**   And do you have any personal knowledge as to how CRS uses

 1  from there.

 2  **Q.**    I see.  If I refer to a weekly engagement report, does

 3  that term mean anything to you?

 4  **A.**    Yes.

 5  **Q.**    What is a weekly engagement report?

 6  **A.**    So one thing that we've made a concerted effort over the

 7  last couple of years I'd say is to try to really harness the

 8  full functionality of Salesforce or Gateway.

 9       So we look at -- I mentioned earlier you can actually log

10  your conversations, your donor intelligence from different

11  meetings.  And this happens all around the world, not just in

12  my department, our colleagues, our country reps, our head of

13  programs, our colleagues on the ground, are often meeting with

14  donors and learning.  So all of that information can get housed

15  in an engagement record.  And then I actually run a report, and

16  I get it weekly where I can see all of the different

17  engagements that have happened over the course of that week.

18       So it's great to actually connect the dots internally.

19  Where I mentioned earlier you can kind of chat somebody and

20  note on the record that they can look at it but then you can

21  also make sure other colleagues are aware so that you're able

22  to stay on top of changing information.

23  **Q.**    And is this changing information in the nature of donor

24  relations or in the nature of operations or something else?

25  **A.**    I would say mostly on where donors are prioritizing

1 amount of money that we receive from donor X, you know, would

2 be in there and that would be linked to the award record in

3 Gateway.

4 Q.   I see.  Maybe, last question, thinking back on your

5 experience both before and after Gateway was implemented at CRS

6 and also your understanding of where CRS is as an organization

7 today, if CRS did not have Gateway or an equivalent program,

8 what would be the impact on your organization, meaning your

9 department specifically?

10 A.   Sure.  I would say it would be far less efficient and we

11 would have to do analysis in several probably different ways,

12 whether keeping track in spreadsheets or whatnot.

13       So I would say what Gateway does for us it makes our work

14 more efficient, it allows us to make decisions on certain

15 things better, and also helps us communicate internally better.

16       I would say we weren't doing that in a great way regarding

17 like, donor engagement, who's talking to who and when.

18           MR. DUGAN:  That's all that I have for Ms. Gilfillan

19 on direct, Your Honor.

20           THE COURT:  Okay.  Cross?

21           MR. HILL:  Thank you, Judge.

22                   CROSS-EXAMINATION

23 BY MR. HILL:

24 Q.   Ms. Gilfillan, hi again.

25 A.   Hello.

```
 1                   CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4        I, Ronda J. Thomas, Registered Merit Reporter, Certified

 5   Realtime Reporter, in and for the United States District Court

 6   for the District of Maryland, do hereby certify, pursuant to 28

 7   U.S.C. § 753, that the foregoing is a true and correct

 8   transcript of the stenographically-reported proceedings held in

 9   the above-entitled matter and the transcript page format is in

10   conformance with the regulations of the Judicial Conference of

11   the United States.

12

13                         Dated this 24th day of October 2024.

14

15                         _____

16                         Ronda J. Thomas, RMR, CRR
                            Federal Official Reporter
17

18

19

20

21

22

23

24

25
```