IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE, | * | |
|     Plaintiff, | * | |
| v. | * | Case No. JRR-20-1815 |
| CATHOLIC RELIEF SERVICES, | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S POST-TRIAL BRIEF**

Defendant Catholic Relief Services respectfully moves for leave to file a short response to Plaintiff's Post-Trial Brief, and states as follows:

1. Following the conclusion of the three-day bench trial in October 2024, the parties filed simultaneous post-trial briefs. Those briefs addressed issues raised at trial, and also addressed the parties' respective constitutional arguments, which were not fully presented at trial but were discussed in prior motion practice.

2. Catholic Relief Services has determined, based on its review of Plaintiff's submission, that a short response to Plaintiff's constitutional arguments would be helpful, so the Court has the benefit of Catholic Relief Services' complete position without having to consult the summary judgment record.

3. Accordingly, Catholic Relief Services respectfully seeks leave to file a ten-page brief, attached hereto as **Appendix A**, which primarily responds to Plaintiff's arguments in connection with Catholic Relief Services' First Amendment free exercise defense.

909775

4. On December 2, 2024, counsel for Catholic Relief Services requested Plaintiff's position as to the proposed submission, and offered that the parties might jointly request an opportunity to submit short response briefs.

5. On December 5, 2024, Plaintiff's counsel stated as follows: "Plaintiff's position is that the parties have had an ample opportunity to address the First Amendment issues in both summary judgment and in post-trial briefing, as any arguments raised in Plaintiff's post-trial brief were substantively addressed in his summary judgment brief and thus known to the parties. We object to Defendant's request for additional briefing, though if CRS's motion is granted, we reserve the right to have the same opportunity to submit a response brief as Defendant."

6. Respectfully, it would not have been efficient for Catholic Relief Services to guess which arguments Plaintiff might advance, or how he might present those arguments, based on the prior record, and then rebut those hypothetical arguments in Catholic Relief Services' principal brief.  The short response Catholic Relief Services has prepared is targeted to the specific arguments Plaintiff made in his Post-Trial Brief, including the case citations that warrant response.  Catholic Relief Services has endeavored to be concise and to give the Court no more than it needs to fully understand Catholic Relief Services' position on these important (and potentially dispositive) issues.

7. Catholic Relief Services has no objection to Plaintiff filing a response to Catholic Relief Services' Post-Trial Brief, should he choose to do so.

WHEREFORE, Catholic Relief Services respectfully requests that the Court grant its motion and direct the Clerk to docket the brief attached as Appendix A.

909775

3

Respectfully submitted,

**GALLAGHER EVELIUS & JONES LLP**

　　　*/s/ Joe Dugan*　　　　　　　　
David W. Kinkopf, Fed. Bar No. 23366
dkinkopf@gejlaw.com
Joe Dugan, Fed. Bar No. 19637
jdugan@gejlaw.com
Brandon K. Wharton, Fed. Bar No. 30312
bwharton@gejlaw.com
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201
Tel: (410) 727-7702
Fax: (410) 468-2786

*Attorneys for Defendant Catholic Relief Services—United States Conference of Catholic Bishops*

Date:  December 6, 2024

3

909775