IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>CATHOLIC RELIEF SERVICES,<br><br>    *Defendant*. | Case No. 1:20-cv-01815-JRR |

### ORDER

The court has before it Defendant's Motion for Leave to File Response to Plaintiff's Post-Trial Brief. (ECF No. 134; the "Motion.")

The court will hold the Motion *sub curia* pending its fulsome consideration of the merits of Plaintiff's claims and Defendant's defenses presented at trial (all of which have now been aided by the parties' post-trial briefs). If the court reaches the parties' alternative First Amendment arguments, including Defendant's free exercise argument it wishes to expound upon through its requested filing, the court will consider whether to docket the proposed response brief and will provide Plaintiff an opportunity to submit similar additional briefing. Notwithstanding this order, Plaintiff is entitled to submit a response to the Motion, should he wish to do so, but Plaintiff shall not submit his own proposed brief regarding the parties' First Amendment arguments unless invited to do so.

/S/

December 7, 2024

Julie R. Rubin
United States District Judge