**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**JOHN DOE,**

***Plaintiff,***

**v.**

**CATHOLIC RELIEF SERVICES,**

***Defendant.***

**Case No.: 1:20-cv-01815-JRR**

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is this 21st day of April 2025:

**ORDERED** that **JUDGMENT** be entered in favor of Plaintiff John Doe and against Defendant Catholic Relief Services on Count I of Plaintiff's Complaint (ECF No. 1); and further it is

**ORDERED** that the parties' Stipulation as to Plaintiff's Damages (ECF No. 115-1) is **APPROVED** and compensatory damages are awarded to Doe in the amount of $60,000.

/S/

Julie R. Rubin
United States District Judge