**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN DOE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:20-cv-01815-JRR |
| CATHOLIC RELIEF SERVICES, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

Pursuant to Local Rule 109.2.a, Plaintiff John Doe moves for attorneys' fees, expenses, and costs, and in support thereof states as follows:

1. Mr. Doe filed the underlying lawsuit on June 12, 2020, alleging that Defendant Catholic Relief Services ("CRS") violated Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. §§ 2000e *et seq.*, the Federal Equal Pay Act ("Federal EPA"), 29 U.S.C. § 206(d)(1), the Maryland Fair Employment Practices Act, Md. Code Ann., State Gov't § 20-606(a)(1)(i) (2021 Repl. Vol., 2022 Supp.) ("MFEPA"), and the Maryland Equal Pay for Equal Work Act, Md. Code Ann., Lab. & Empl. ("LE") § 3-304(b)(1) (2016 Repl. Vol.) ("MEPEWA"), for terminating his dependent spousal health benefits because he is a man married to a man.[1]

2. On August 3, 2022, the Court granted partial summary judgment in Mr. Doe's favor on liability with respect to his Title VII and Federal EPA claims. ECF No. 62. The Court

[1] Mr. Doe filed additional statutory and common law claims that were later dismissed voluntarily or by the Court.

certified questions to the Supreme Court of Maryland regarding Mr. Doe's state law claims under MFEPA and MEPEWA. ECF No. 75.

3. On August 14, 2023, the Supreme Court of Maryland held that: (1) the terms "sex" and "sexual" orientation are distinct under MFEPA, *Doe v. Cath. Relief Servs.*, 484 Md. 640, 653–61 (2023); (2) MEPEWA does not prohibit sexual orientation discrimination, *id.* at 661–65; and (3) MFEPA prohibits CRS's sexual orientation discrimination against Mr. Doe unless his role falls under an exemption for employees whose duties "directly further" their religious employer's core mission(s), *id.* at 665–75. The Supreme Court of Maryland's Opinion clarified the scope of each statute and provided the test necessary for CRS to prove MFEPA's religious exemption absolved it of liability for employment discrimination.

4. On February 1, 2024, Mr. Doe voluntarily dismissed his MEPEWA claim against CRS (ECF No. 85), and on March 12, 2024, he voluntarily dismissed his MFEPA claim on the basis of sex (ECF No. 89).

5. On September 10, 2024, the Parties reached a stipulation as to Mr. Doe's damages for any and all liability, subject to appeal. ECF No. 115-1.

6. After a three-day bench trial starting on October 15, 2024, the Court issued a Memorandum Opinion (ECF No. 141) and Order (ECF No. 142) entering judgment in favor of Mr. Doe and against CRS on his MFEPA claim and awarded Mr. Doe $60,000 pursuant to the Parties' stipulation (ECF No. 115-1).

7. Given Mr. Doe's success in attaining the relief sought in his Complaint, including a finding of liability under Title VII, the Federal EPA, and MFEPA, and the Court's subsequent award of damages, Mr. Doe respectfully asks that this Court hold that he is the prevailing party and award him reasonable attorneys' fees, litigation expenses, and costs. *See* 42 U.S.C. § 2000e-

5(k) (providing for reasonable fees and costs for the prevailing party under Title VII); 29 U.S.C. § 216(b) (Federal EPA); Md Code Ann., State Gov't § 20-1015 (MFEPA); *see also* Md. Rule 2-703 (providing for award of attorney's fees governed by Maryland law).

8. As required by Local Rule 109.2.a, and unless otherwise ordered by Court, Mr. Doe will file a memorandum setting forth the details of his request for attorneys' fees and expenses within 35 days of the filing of this motion (*i.e.,* by June 9, 2025), or, in the event CRS appeals, within 14 days of the issuance of the mandate of any appellate court, subject to any subsequent order or agreement of the Parties.

Dated: May 5, 2025

Respectfully submitted,

*/s/ Anthony J. May*

Eve L. Hill, Esq. (Bar No. 19938)
Anthony J. May, Esq. (Bar No. 20301)
Lauren DiMartino, Esq. (Bar No. 22046)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
amay@browngold.com
ldimartino@browngold.com

Shannon C. Leary, Esq. (Bar No. 18396)
James A. Hill, Esq. (Bar No. 21718)
GILBERT EMPLOYMENT LAW, P.C.
1100 Wayne Ave, Suite 900
Silver Spring, Maryland 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
Sleary-efile@gelawyer.com
Jhill@gelawyer.com

*Counsel for Plaintiff John Doe*