IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN DOE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. JRR-20-1815 |
| CATHOLIC RELIEF SERVICES, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Defendant Catholic Relief Services—United States Conference of Catholic Bishops ("Catholic Relief Services") appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on April 21, 2025 [ECF No. 142] (the "Final Judgment"). Catholic Relief Services appeals from the Final Judgment as it incorporates the Court's findings of fact and conclusions of law as set forth in the Court's April 21, 2025 Memorandum Opinion [ECF No. 141], as well as the Court's August 3, 2022 entry of summary judgment in Plaintiff's favor as to liability only under Counts VIII and IX of Plaintiff's Complaint [ECF Nos. 61-62, as modified by ECF Nos. 66-67].

933982

        Respectfully submitted,

        **GALLAGHER EVELIUS & JONES LLP**

        */s/ Joe Dugan*
        Joe Dugan, Fed. Bar No. 19637
        jdugan@gejlaw.com
        Brandon K. Wharton, Fed. Bar No. 30312
        bwharton@gejlaw.com
        218 N. Charles Street, Suite 400
        Baltimore, Maryland 21201
        Tel: (410) 727-7702
        Fax: (410) 468-2786

        *Attorneys for Defendant Catholic Relief Services—*
        *United States Conference of Catholic Bishops*

Date: May 16, 2025

933982